IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-_____ |
| v. | : | DATE FILED: __April 26, 2018__ |
| LIAM HEIM | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2423(b) (travel in interstate commerce to engage in illicit sexual conduct – 1 count) |
| | : | 18 U.S.C. § 2423(a) (transportation of minor in interstate commerce with intent to engage in criminal sexual activity – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 29, 2018, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**LIAM HEIM**

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is, minor K.S., a person under the age of 18 years.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 29, 2018, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

## LIAM HEIM

knowingly transported an individual who has not attained the age of 18 years, that is, minor K.S., in interstate commerce, with intent that minor K.S. engage in sexual activity for which a person can be charged with a criminal offense; that is, rape of a child, in violation of 18 Pa.C.S. § 3121(c), and involuntary deviate sexual intercourse with a child, in violation of 18 Pa.C.S. §§ 3123(a)(7) and 3123(b).

In violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Sections 2423(b) and 2423(a), as set forth in this indictment, defendant

**LIAM HEIM**

shall forfeit to the United States of America his interest in:

(a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations; and

(b) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
WILLIAM M. McSWAIN
United States Attorney